UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DOMENICK LACERTOSA,

    Plaintiff,

-vs-                                    Case No. 6:16-cv-406-Orl-41DAB

CAWLEY & BERGMANN, LLP,

    Defendant.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, DOMENICK LACERTOSA, and the Defendant, CAWLEY & BERGMANN, LLP, by and through the undersigned counsel, and hereby stipulate and agree that this case should be dismissed with prejudice and summarily closed on the Court Docket with each party to bear their own fees and costs.

Respectfully submitted this 17th day of June, 2016.

/s/ Octavio Gomez
Octavio "Tav" Gomez, Esq.
Fla. Bar. No.338620
Morgan & Morgan, P.A.
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Ph: 813-223-5505
Fax: 813-257-0559
Attorneys for Plaintiff
TGomez@ForThePeople.com

/s/ Christopher Hahn
Christopher P. Hahn, Esq.
Fla. Bar. No. 87577
Maurice Wutscher LLP
333 S.E. 2nd Avenue, Suite 2000
Miami, Florida 33131
Ph: 772-237-3410
Fax: 866-581-9302
Attorneys for Defendant
chahn@mauricewutscher.com